Jamie M. Evans, OSB 117064
Jamie@evans-evans.com
Evans & Evans PC
222 NE Park Plaza Drive, Suite 113
Vancouver, WA 98684
Phone: 503-200-2723; Fax: 360-828-8724
Attorney for Plaintiff, Reba A. Moore

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

REBA M.,[1]

      Plaintiff,

v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

      Defendant.

Case No. 3:17-cv-00438-TC

ORDER FOR ATTORNEY FEES
UNDER 42 U.S.C. § 406(b)

      Plaintiff, Reba M., brought this action seeking review of the Commissioner's final decision denying her application for Supplemental Security Income under the Social Security Act. The Court remanded the case for additional de novo proceedings, [ECF Doc. Nos. 22, 23]. On remand, the Administrative Law Judge issued Plaintiff a fully favorable decision, awarding Plaintiff Supplemental Security Income.

      Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case. Where applicable, this order uses the same designation for a non-governmental party's immediate family member.

objected to the request. The Court finds the requested fees are reasonable.

Plaintiff's motion [ECF Doc. No. 27] is granted, and Plaintiff's counsel is awarded $13,268.25 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees in the amount of $7,500.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

When issuing the Section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awarded under EAJA and send Plaintiff's attorney, Jamie M. Evans the balance of $5,768.25, less any applicable processing or user fees prescribed by statute. The Section 406(b) check should be mailed to Jamie M. Evans, 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684.

IT IS SO ORDERED.

DATED this 29 day of Aug , 2019.

_____
THOMAS M. COFFIN
United States Magistrate Judge

Proposed Order Submitted on August 27, 2019 by

/s/ Jamie M. Evans
Jamie M. Evans, OSB 117064
Jamie@evans-evans.com
Evans & Evans PC
222 NE Park Plaza Drive, Suite 113
Vancouver, WA 98684
Phone: 503-200-2723; Fax: 360-828-8724
Attorney for Plaintiff